**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02115-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

TIMOTHY DOYLE YOUNG,

     Plaintiff,

v.

YVETTE FETTERHOFF

     Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

     Plaintiff, Timothy Doyle Young, is in the custody of the United States Bureau of

Prisons and currently is incarcerated at ADX in Florence, Colorado.  Plaintiff has

submitted a Civil Complaint.

     As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has

determined that the submitted documents are deficient as described in this Order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Plaintiff files in response to this Order must include the civil action number

on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>X</u>    is not submitted (must use 10/1/13 revised form)
(2)   <u>  </u>    is missing affidavit
(3)   <u>X</u>    is missing certified copy of prisoner's trust fund statement for the 6-month
                 period immediately preceding this filing

(4)   __    is missing **certified** statement showing current balance in prison account
(5)   __    is missing required financial information
(6)   __    is missing an original signature by the prisoner
(7)   __    is not on proper form (must use the court's 10/1/12 revised form)
(8)   __    names in caption do not match names in caption of complaint, petition or habeas application
(9)   __    other:

**Complaint, Petition or Application**:
(11)   __    is not submitted
(12)   X    is not on proper form (must use the Court's current form)
(13)   __    is missing an original signature by the prisoner
(14)   __    is missing page nos. ___
(15)   __    uses et al. instead of listing all parties in caption
(16)   __    names in caption do not match names in text
(17)   __    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a civil complaint and a 28 U.S.C. § 1915 motion (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED August 8, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland      

United States Magistrate Judge